

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00101-CR

_____

DAVID RAY PENNY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323669

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Our review of the court reporter's record and clerk's record in this case indicates that both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Both records include the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record and clerk's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed reporter's record and clerk's record in this case. *See id.*

IT IS SO ORDERED.

BY THE COURT

Date: January 28, 2015

2